JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-5011 JGB (KESx)** | Date | October 30, 2025 |
|---|---|---|---|
| Title | *Artero Collins v. Los Angeles County Sheriffs Dept., et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On May 23, 2025, pro se Plaintiff Artero M. Collins ("Plaintiff") filed a complaint against Defendants Los Angeles County Sheriffs Department, Los Angeles County Jail, Deputy Osejeda, and Doe Defendants. ("Complaint," Dkt. No. 1.) On the same day, Plaintiff filed a motion for leave to proceed in forma pauperis. ("IFP Request," Dkt. No. 2.) On August 29, 2025, the Court found that Plaintiff had failed to state a claim upon which relief may be granted, denied Plaintiff's IFP Request, and ordered that Plaintiff, within 30 days, pay the full filing fee and file an amended complaint. (Dkt. No. 5.) On September 9, 2025, Plaintiff filed a First Amended Complaint and on September 15, 2025, Plaintiff filed a Second Amended Complaint. (Dkt. Nos. 6, 7.) On September 8, 2025, the Court again found that Plaintiff had failed to state a claim upon which relief can be granted and ordered that Plaintiff, within 30 days, file a Third Amended Complaint and pay the full filing fee. ("IFP Order," Dkt. No. 8.) The IFP Order warned Plaintiff that failure to timely pay the filing fee would result in dismissal without prejudice of his Complaint. (Id.)

As of the date of this Order, Plaintiff has not paid the filing fee nor filed a Third Amended Complaint. Accordingly, the Court **DISMISSES** the First and Second Amended Complaints. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**